UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DELION JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF MARLISA HILL RE: CAL. CODE CIV. PROC. § 377.32** |

I, Marlisa Hill, do declare and say:

1. I submit the following declaration concerning D███ J███████ and M█ J██████'s status as the successors-in-interest to Delion Johnson, pursuant to section § 377.32 of the California Code of Civil Procedure.

2. Delion Johnson was born on ████, 1987, in _Monterey, California_.

3. No proceeding is now pending in California for administration of the estate of Delion Johnson.

4. D███ J███████ and M█ J██████ are the successors-in-interest to Delion Johnson (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. D███ J███████ and M█ J██████ are the surviving children of Delion Johnson.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Delion Johnson in this pending action or proceeding.

6. A true and correct copy of the death certificate of Delion Johnson is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June _15_, 2023, at Sacramento, California.

_____
Marlisa Hill,
as guardian *ad litem* for
D███ J███████ and M█ J██████

---

**DECLARATION OF MARLISA HILL RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Johnson v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER: 3052023083906
LOCAL REGISTRATION NUMBER: 3202334003836

### Decedent's Personal Data

- **1. Name of Decedent—First (Given):** DELION
- **2. Middle:** CHAFFAN
- **3. Last (Family):** JOHNSON
- **AKA, Also Known As:** —
- **4. Date of Birth:** /1987
- **5. Age:** 35 Yrs.
- **6. Sex:** M
- **9. Birth State/Foreign Country:** CA
- **10. Social Security Number:** [redacted]
- **11. Ever in U.S. Armed Forces?:** NO
- **12. Marital Status/SRDP:** NEVER MARRIED
- **7. Date of Death:** 04/05/2023 FND
- **8. Hour (24 Hours):** 1616 FND
- **13. Education – Highest Level/Degree:** HS GRADUATE
- **14/15. Was Decedent Hispanic/Latino:** NO
- **15. Decedent's Race:** AFRICAN AMERICAN
- **17. Usual Occupation:** CONTRACTOR
- **18. Kind of Business or Industry:** DEMOLITION
- **19. Years in Occupation:** 11

### Usual Residence

- **20. Decedent's Residence:** 3335 64TH STREET
- **21. City:** SACRAMENTO
- **22. County/Province:** SACRAMENTO
- **23. Zip Code:** 95820
- **24. Years in County:** 8
- **25. State/Foreign Country:** CA

### Informant

- **26. Informant's Name, Relationship:** MICHELLE COOPER, MOTHER
- **27. Informant's Mailing Address:** 1574 CHURCHER DRIVE, MANTECA, CA 95337

### Spouse/SRDP and Parent Information

- **28. Name of Surviving Spouse/SRDP—First:** —
- **29. Middle:** —
- **30. Last (Birth Name):** —
- **31. Name of Father/Parent—First:** LYLE
- **32. Middle:** THOMAS
- **33. Last:** JOHNSON
- **34. Birth State:** NY
- **35. Name of Mother/Parent—First:** MICHELLE
- **36. Middle:** ANNA MARIE
- **37. Last (Birth Name):** ROWAN
- **38. Birth State:** CA

### Funeral Director / Local Registrar

- **39. Disposition Date:** 04/21/2023
- **40. Place of Final Disposition:** RESIDENCE OF MICHELLE COOPER, 1574 CHURCHER DRIVE, MANTECA, CA 95337
- **41. Type of Disposition(s):** CREMATE/RESIDENCE
- **42. Signature of Embalmer:** MICHELLE M PRICE
- **43. License Number:** EMB9559
- **44. Name of Funeral Establishment:** BAYSIDE COMMUNITY MORTUARY
- **45. License Number:** FD1977
- **46. Signature of Local Registrar:** OLIVIA KASIRYE MD
- **47. Date:** 04/17/2023

### Place of Death

- **101. Place of Death:** SACRAMENTO COUNTY MAIN JAIL
- **103. If Other than Hospital:** Other (X)
- **104. County:** SACRAMENTO
- **105. Facility Address or Location Where Found:** 651 I STREET
- **106. City:** SACRAMENTO

### Cause of Death

- **107. Cause of Death — Immediate Cause (A):** PENDING
- **Time Interval Between Onset and Death:** PEND
- **108. Death Reported to Coroner?:** YES — Referral Number: 23-01872
- **109. Biopsy Performed?:** NO
- **110. Autopsy Performed?:** YES
- **111. Used in Determining Cause?:** YES
- **112. Other Significant Conditions:** —
- **113. Was Operation Performed:** UNK
- **113A. Decedent Pregnant in Last Year?:** NO

### Physician's Certification

- **114. I Certify...:** —
- **115. Signature and Title of Certifier:** —
- **116. License Number:** —
- **117. Date:** —

### Coroner's Use Only

- **119. Manner of Death:** Pending Investigation (X)
- **120. Injured at Work?:** —
- **121. Injury Date:** —
- **122. Hour:** —
- **123. Place of Injury:** —
- **124. Describe How Injury Occurred:** —
- **125. Location of Injury:** —
- **126. Signature of Coroner / Deputy Coroner:** ALLYSON ROGERS
- **127. Date:** 04/11/2023
- **128. Type Name, Title of Coroner / Deputy Coroner:** ALLYSON ROGERS, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

*002128009*

**DATE ISSUED:** April 24, 2023

OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE