Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com
                   paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF DELION JOHNSON,
D.J., M.J., and MICHELLE COOPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTATE OF DELION JOHNSON, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF MARLISA HILL** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Marlisa Hill, do declare and say:

1. I am the legal parent and biological mother of D▮▮▮ J▮▮▮▮▮▮ and M▮ J▮▮▮▮▮, plaintiffs in the above-captioned action.

2. D▮▮▮ J▮▮▮▮▮▮ was born on ▮▮/▮▮/2011, and is 11 years old.

3. Mia Johnson was born on ▮▮/▮▮/2016, and is 6 years old.

4. I maintain sole custody of D▮▮▮ J▮▮▮▮▮ and M▮ J▮▮▮▮.

5. D▮▮▮ J▮▮▮▮▮▮ and M▮ J▮▮▮▮ have no general or testamentary guardian in this action and no previous application for appointment of guardian *ad litem* has been filed in this action.

6. To the best of my knowledge, I am aware of no conflicts of interest that would prevent my appointment as D▮▮▮ J▮▮▮▮▮ and M▮ J▮▮▮▮'s guardian *ad litem* in this action. If appointed, I am prepared to protect the interests of D▮▮▮ J▮▮▮▮▮▮ and M▮ J▮▮▮▮ in this litigation to the best of my ability.

1

**DECLARATION OF MARLISA HILL**
*Estate of Johnson v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

7. I consent to appointment as D████ J██████ and M█ J██████'s guardian *ad litem* for the purposes of prosecuting this action.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June _15_, 2023, at Sacramento, California.

_____
Marlisa Hill

**DECLARATION OF MARLISA HILL**
*Estate of Johnson v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____