UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DELION JOHNSON, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF SACRAMENTO, et al., <br><br>Defendants. | Case No. <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS D.J. AND M.J.'S** *EX PARTE* **MOTION FOR APPOINTMENT OF GUARDIAN** *AD LITEM* |

Pursuant to Federal Rule of Civil Procedure 17(c)(2), the Court GRANTS Plaintiffs D.J. and M.J.'s *ex parte* motion for appointment of guardian *ad litem*.

The Court FINDS that the appointment of Marlisa Hill as guardian *ad litem* for Plaintiffs D.J. and M.J. is appropriate and in their best interest, where Plaintiffs D.J. and M.J. are currently minors; where Marlisa Hill is Plaintiffs D.J. and M.J.'s biological mother and legal custodian; and where Marlisa Hill is aware of no conflicts of interest that would preclude acting as Plaintiffs D.J. and M.J.'s guardian *ad litem*.

Accordingly, the Court APPOINTS Marlisa Hill as the guardian *ad litem* for Plaintiffs D.J. and M.J., for purposes of prosecuting this action, unless or until Plaintiffs D.J. and M.J. reach the age of majority or the Court orders otherwise.

IT IS SO ORDERED.

Dated:

_____
UNITED STATE DISTRICT JUDGE

1