Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF DELION JOHNSON,
D.J., M.J., and MICHELLE COOPER

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Jennifer L. Thompson, SBN 337107
jthompson@porterscott.com
 2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, JIM COOPER,
DAVID GODWIN, DEVON BANKS,
GORDON LAHANN, JASON HOLIMAN,
KENNETH CRAYNE, and PATRICK YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF DELION JOHNSON, et al., | Case No. 2:23-cv-01304-KJM-JDP |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT COUNTY OF SACRAMENTO TO RESPOND TO PLAINTIFF ESTATE OF DELION JOHNSON'S REQUEST FOR PRODUCTION, SET FOUR; DISCOVERY DEADLINE; AND [PROPOSED] ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1

**STIPULATION**

The parties—the Estate of Delion Johnson, D.J., M.J., and Michelle Cooper (collectively, "Plaintiffs"); and the County of Sacramento, Sacramento County Sheriff's Department, Jim Cooper, David Godwin, Devon Banks, Gordon Lahann, Jason Holiman, Kenneth Crayne, and Patrick York (collectively, "Defendants")—submit the following stipulation.

WHEREAS, on May 16, 2024, Plaintiff Estate of Delion Johnson ("Estate") propounded by mail a request for production, set four, containing 76 requests, on Defendant County of Sacramento ("County");

WHEREAS, on June 6, 2024, Defendants' counsel requested a 28-day extension of time to respond to the Estate's request for production, set four, pursuant to Local Rule 144(a);

WHEREAS, later on June 6, 2024, Plaintiffs' counsel granted Defendants' counsel's request for a 28-day extension of time to respond to the Estate's request for production, set four, pursuant to Local Rule 144(a);

WHEREFORE, Defendants' counsel represents that good cause exists for a further extension of time for the County to respond to the Estate's request for production, set four, based on the following circumstances:

- The County has been working on responding to the discovery but will be unable to search for, gather, and produce responsive documents within the deadline to respond, and do not anticipate being able to do so until at least the end of July;

- On June 20, 2024, Defendants' counsel, Suli A. Mastorakos, who was primarily responsible for responding to the discovery, gave his notice and left the employment of the firm representing Defendants.

- From June 12, 2024, to June 26, 2024, Defendants' other counsel—Carl L. Fessenden—was on vacation and, when he returned, he was not aware that discovery was due until early in the week of July 1st. Soon thereafter, he had a family issue and was largely out of the office until July 8, 2024.

- From July 20 through August 1, 2024, , the persons responsible for searching for, gathering, and producing responsive documents—Diane Vasquez—will be on vacation.

WHEREFORE, the current fact discovery deadline in November 4, 2024, *see* ECF No. 16; and

2

**STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND; DISCOVERY DEADLINE; AND ORDER**
*Estate of Johnson v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-01304-KJM-JDP

Now, THEREFORE, the parties STIPULATE that:

1. the County should have a further 28-day extension of time to respond to the Estate's request for production, set four, such that the County's response is due by August 15, 2024; and

2. the fact discovery deadline of November 4, 2024, *see* ECF No. 16, should be extended by 56 days, such that fact discovery is completed by December 30, 2024.

IT IS SO STIPULATED.

Dated: July 16, 2024

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*
(as authorized on July 16, 2024)
By: _____
Mark E. Merin
Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF DELION JOHNSON,
   D.J., M.J., and MICHELLE COOPER

Dated: July 17, 2024

Respectfully Submitted,
**PORTER | SCOTT**

*/s/Carl L. Fessenden*

By: _____
Carl L. Fessenden
Jennifer L. Thompson

   Attorneys for Defendants
   COUNTY OF SACRAMENTO,
   SACRAMENTO COUNTY SHERIFF'S
   DEPARTMENT, JIM COOPER,
   DAVID GODWIN, DEVON BANKS,
   GORDON LAHANN, JASON HOLIMAN,
   KENNETH CRAYNE, and PATRICK YORK

3

**STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND; DISCOVERY DEADLINE; AND ORDER**
*Estate of Johnson v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-01304-KJM-JDP

**[PROPOSED] ORDER**

The parties' stipulation is GRANTED.

1. the County shall have a further 28-day extension of time to respond to the Estate's request for production, set four, such that the County's response is due by August 15, 2024; and

2. the fact discovery deadline of November 4, 2024, *see* ECF No. 16, shall be extended by 56 days, such that fact discovery is completed by December 30, 2024.

All other deadlines set in the Court's Rule 16 Scheduling Order, ECF No. 16, remain unchanged.

IT IS SO ORDERED.

Dated:   July 18, 2024                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE